FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN -2  AM 10: 01
CLERK _____
SO. DIST. OF GA.

Brayon Java Gibbs
_____
_____
_____

(Enter above full name of plaintiff or plaintiffs)

v.

Chatham County
_____
_____
_____

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____ No ✓

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiffs: _____ N/A _____

          Defendants: _____ N/A _____

      2.  Court (if federal court, name the district; if state court, name the county): _____ N/A _____

      3.  Docket number: _____ N/A _____

      4.  Name of judge assigned to case: _____ N/A _____

5. Disposition (for example, was the case dismissed? appealed? is it still pending?): N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ✓

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action? Yes ____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

2. Court (name the district): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition (for example, was the case dismissed? appealed? is it still pending?): N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: _N/A_

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ____   No ✓

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ____   No ✓

1. If your answer to C is yes, name the court and docket number for each case:

   N/A

II. Place of present confinement: _Chatham County Jail_

A. Is there a prisoner grievance procedure in this institution?   Yes ✓   No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓   No ____

C. If your answer to B is yes:

1. What steps did you take? _In the Grievance I filed I Requested it to be Forwarded to the proper department. I wrote "Lt" unit 9 Captian of Jail, and "Lt" of Transport_

2. What was the result? _I have Recieved nothing in Returned, no Response at all_

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ____ No ✓

If yes, what was the result? N/A

D. If you did not utilize the prison grievance procedure, explain why not: N/A

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Breyon J. Gibbs
   Address:

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Chatham County Jail
   Position: County Jail
   Place of employment: County Jail / State
   Current address: 1050 Carl Griffin Dr
   Sav. GA. 31405

C. Additional defendants: N/A

4

IV.  Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm presently being detain by the Chatam County Detention Center, However prior to being transported to the Jail, I was a victim of a violent crime the police

## Statement Of Claim

While I was in the Care of the Chatham County Sheriff's Complex: Address 1050 Carl Griffin Dr. Savannah, Georgia, 31405. I was in Transport to Memorial Heath Center, when the Transport Officer A. Maycock, took the Curve of 1050 Carl Griffin Dr. Savannah, Georgia 31405 Faster than the Speed Limit that was posted And Advised For A Motor Vechicle to Take Safely. As A Result of taking the Curve to Fast my Body was thrown From my Wheel-Chair. Yes I was hand-Cuffed properly, Also Leg-Cuffed properly with Also my Wheel-Chair Stropped down, Yet my Body (myself) was Not Secured to my Wheel-Chair or in my Wheel-chair properly. As A Result of this I was thrown From my Wheel-chair itself. My head hit the Roof of the Vechicle, My Leg that had Recently Suffered A Gunshot wound Slammed into the Door of the Vechicle, My "Back" was Slammed hard into the Metal Attachments Along the Floorboard Since I was Hand-Cuffed I Could Not Brace myself for the Impact I Recieved. As A Result of this Lack of "Paying Attention to details", I experience intense pain in my "Neck", "Leg" And my "Back" All day And Night Long, And Since this incident I have Only Recieved Tylenol For Any kind of Pain Relief. Mr. Maycock And myself Are the only witnesses of this incident, unless there was/is Any Form of Electronic Video Recording device. The Time And Date of this incident was Approximatly 10:30 AM on the Date of October 9th 2019.

7

I was a victim of a violent crime, I was shot several times. Upon arrival to the scene of the crime, the Police allege to have found drugs in and around the area in which I have been charged with. I was transported to the jail, several hours later where I've yet to receive any of the therapy that the Doctors recommended. I'm presently being detained by the Chatham County Detention Center, however prior to being transported to the jail from the hospital, I was a patient at the hospital suffering from multiple gunshot wounds that killed me, I was brought back to life shortly after I flat-lined. Shortly after I was transported to the jail confined to a wheel-chair. The Doctor recommended therapy and without therapy I may lose usage of my left leg. I've been detained here at the jail (Chatham County Detention Center) for weeks, turning into months now unable to receive any of the proper therapy treatment that the Doctor said I would need to gain the strength in my leg(s) for it to work properly again. By not receiving the properly therapy I'm in a race against time of my leg being amputated. While I sit here in this jail (Chatham County Detention Center) my constitutional rights are and will be continually violated. The medical staff here at the Chatham County Detention Center have many way to get me seen by a therapist, but it is clear that after 6 plus months of being confined to a wheel-chair without any medical assistance the Chatham County Detention Center Staff is being deliberately

→

Pg 2.

Indifferent. Also while Being Transported to a Doctors Appointment I was Ejected from my Wheel-Chair Because I was not Secured in properly. Also I'm Being Denied Medical Treatment Because The County Does not Want to Accept Responsability for the Extra Damage I have Suffered From Their Lack of "Paying Attention to Detail" And Failure to Strap me in properly And As A Result of That I was Ejected from my Wheel-Chair.

I need this forwarded to the appropriate office. On October 9th 2019, I was being transported to Memorial Health Center, when the Transport Officer A. Maycock, took a curve on 1050 Carl Griffin Dr, Savannah, Georgia 31405 to fast, faster than the posted speed limit. Deploying my body out of my wheel-chair, causing me to hit my head, my shot wounded leg on the door, and my back slamming hard against the floor, causing me a great deal of pain till this day throughout my body.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish The Court To Seek Responsability and Reperations For The damages financial Comparation For The physical damage And The psychological damage That I Sustained.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of December, 19 2019.

Prisoner No. (P131120)

_____
(Signature of Plaintiff)

6

# INSTRUCTIONS FOR FILING COMPLAINT BY PRISONERS
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the United States District Court for the Southern District of Georgia

This packet contains a complaint form and a form to be used by prisoners who seek to proceed without prepayment of the filing fee. The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

1: To start an action in this Court, you must complete and file the attached "*Form to be used by prisoners in a complaint under the civil rights act, 42 U.S.C. § 1983.*" The completed form becomes your complaint. The complaint must be legibly handwritten or typed. Each plaintiff must sign and swear to the complaint.

2: You must file the original of the complaint and you should keep a copy for your records.

3: Your complaint can be brought in this Court only if one or more of the defendants is located within this district or a substantial part of the events or omissions giving rise to the claim occurred in this district.

4: You must file a separate complaint for each claim unless they are related to the same incident or issue.

5: You must state the facts which support your claim. The complaint should not contain legal arguments or citations.

6: Under the Prison Litigation Reform Act (enacted April 26, 1996) Prisoners seeking to bring a civil action shall be required to pay a filing fee of $400.00. Prisoners unable to prepay the filing fee may apply to pay the fee in installments by filing an "Application to proceed without prepayment of fees." A copy of this application form is included in this packet. *You must either submit the $400.00 filing fee or the application to proceed without repayment of fees at the time you file your complaint.*

7: If you seek to pay your fee in installments, the court will supply you with appropriate forms for (1) furnishing a certified copy of your prison trust fund account statement for the six-month period immediately preceding the filing of your complaint and (2) consenting to the collection of monies from your trust fund account in accordance with the provisions of the Prison Litigation Reform Act. Upon receipt of these forms, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, the agency having custody over you will be ordered to set aside 20 percent of all deposits to your trust fund account.

8: *The filing fee is not refundable, regardless of the outcome, and deductions from your prison account will continue until the total fee is collected, even if your case is dismissed at the outset.*

9: If a judgment is later entered against you for costs, you will be required to pay those costs in the same manner as provided for payment of the filing fee.

10: A prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim is not eligible to proceed without prepayment of the full filing fee unless the prisoner is in imminent danger of serious physical injury.

11: The original complaint, the filing fee or the application to proceed without prepayment fees, and any other correspondence pertaining to this action should be sent to one of the following addresses:

AUGUSTA DIVISION (comprised of Burke, Columbia, Glascock, Jefferson, Lincoln, McDuffie, Richmond, Taliaferro, Wilkes, and Warren Counties), should be mailed to United States District Court, P O Box 1130, Augusta GA 30903.

BRUNSWICK DIVISION (comprised of Appling, Camden, Glynn, Jeff Davis, Long, McIntosh, and Wayne Counties), should be mailed to United States District Court, P O Box 1636, Brunswick GA 31521.

DUBLIN DIVISION (comprised of Dodge, Johnson, Laurens, Montgomery, Telfair, Treutlen, and Wheeler Counties), should be mailed to United States District Court, P O Box 1130, Augusta GA 30903.

SAVANNAH DIVISION (comprised of Bryan, Chatham, Effingham, and Liberty Counties), should be mailed to United States District Court, P O Box 8286, Savannah GA 31412.

WAYCROSS DIVISION (comprised of Atkinson, Bacon, Brantley, Charlton, Coffee, Pierce, and Ware Counties), should be mailed to United States District Court, P O Box 1636, Brunswick GA 31521.

STATESBORO DIVISION (comprised to Bulloch, Candler, Emanuel, Evans, Jenkins, Tattnall, and Toombs Counties), should be mailed to United States District Court, P O Box 8286, Savannah GA 31412.



Kreyon J. Gibbs
10050 Carl Griffin Dr
Savannah Georgia 31405

United States District Court
P.O. Box 8286
Savannah, GA 31412