IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BREYON JAVA GIBBS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-002
)
OFFICER A. MAYCOCK, )
L.T. HARN, and JOHN DOES, )
)
    Defendants. )
)

O R D E R

Before the Court are the Magistrate Judge's April 21, 2021, Report and Recommendation (Doc. 10) and May 17, 2021, Supplemental Report and Recommendation (Doc. 14), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendations (Docs. 10, 14) are **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint and amended complaint are **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 24th day of June 2021.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA